George R. Pitts (CA Bar 109827)
Birch, Horton, Bittner, & Cherot, P.C.
1100 Connecticut Ave., NW, Suite 825
Washington, D.C. 20036
(202) 659-5800
gpitts@bhb.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND, *et al.*,<br><br>    Defendants, and<br><br>SPORTSMENS ALLIANCE FOUNDATION, ROCKY MOUNTAIN ELK FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, and MICHIGAN BEAR HUNTERS ASSOCIATION,<br><br>    Applicant-Defendant-Intervenors. | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br>**EXHIBITS IN SUPPORT OF MOTION TO INTERVENE BY SPORTSMEN'S ALLIANCE FOUNDATION, ROCKY MOUNTAIN ELK FOUNDATION, MICHIGAN BEAR HUNTERS ASSOCIATION, AND WISCONSIN BEAR HUNTERS ASSOCIATION**<br><br>**Hearing Date:** June 18, 2021<br>**Hearing Time:** 9:00<br>**Judge:** Hon. Jeffery S. White |

Sportsmen Conservation Coalition Notice of Motion and Motion to Intervene, Case No. 4:21-cv-561-JSW

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>        Plaintiffs,<br><br>vs.<br><br><br>DEBRA HAALAND, *et al.*,<br><br>        Defendants, and<br><br><br>SPORTSMENS ALLIANCE FOUNDATION, ROCKY MOUNTAIN ELK FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, and MICHIGAN BEAR HUNTERS ASSOCIATION,<br><br>        Applicant-Defendant-Intervenors. | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br><br>**DECLARATION OF R. KYLE WEAVER** |

I, R. Kyle Weaver, declare as follows:

1.  I am the President and Chief Executive Officer of the Rocky Mountain Elk Foundation, Inc. ("RMEF").

2.  RMEF is a nonprofit public benefit corporation incorporated in Montana, with its headquarters and principal offices and place of business in Missoula, Montana.  RMEF is a charitable organization that meets the conditions of Section 501(c)(3) of the Internal Revenue Code.

3.  RMEF has more than 231,000 members nationwide.  RMEF's members include hunters, ranchers, guides, outfitters, other business owners, wildlife enthusiasts and other conservationists who have both recreational and economic interests in hunting, viewing, listening to and enjoying elk.

4.  RMEF's mission is to ensure the future of elk, other wildlife, their habitat and our hunting heritage.

5.  Since RMEF was created in 1984, it has permanently protected and enhanced more than 8.1 million acres of North America's most vital habitat for elk and other wildlife, much of which overlaps with gray wolf occupied territory. This work includes land acquisitions, exchanges, conservation easements and improving habitat quality through stewardship projects such as prescribed burns, thinning, weed treatments, planting native vegetation, removing old barbed-wire fence and installing wildlife-friendly fence.

6.  RMEF has helped restore elk to their historic ranges and has worked to enhance elk habitat and elk populations in many areas of North America.

7.  RMEF has supported more than 55 wildlife management and research projects (committing over $1.6 million) in order to improve management of, and gain a better understanding of, elk-gray wolf interactions. Nationally, RMEF has invested more than $15.3 million, along with an additional $61.7 million provided by RMEF partners, to expand the understanding of elk habitat use, nutrition, disease, genetics, population dynamics, predation, habitat management, reintroduction and economics. Some of this research has overlapped with areas where gray wolves occur,

where researchers have looked at how predation from predators, including gray wolves, has impacted elk populations and habitat use.

8.   Nationally, RMEF and RMEF's partners have helped permanently protect more than 1.3 million acres of key wildlife habitat valued at over $808 million.  In addition, RMEF has directly contributed over $45 million and leveraged an additional $247 million to help enhance wildlife habitat on over 6.8 million acres  throughout the United States, much of that in areas where gray wolves occur and have expanded their range.  RMEF permanent land protection and habitat enhancement efforts have directly benefitted private, state, and federal (including Forest Service and Department of the Interior) lands in the United States.  In addition to elk, other wildlife species, including gray wolves, have and will continue to utilize lands protected by RMEF and benefit from RMEF's land protection and habitat enhancement efforts.  In particular, RMEF has permanently protected habitat or contributed financial support for the enhancement of wildlife habitat in the following states where the U.S. Fish and Wildlife Service recently delisted gray wolves:

   a.  Oregon – 850,057 acres.
   b.  Washington – 499,758 acres.
   c.  California – 194,983 acres.
   d.  Minnesota – 79,431 acres.
   e.  Michigan – 6,882 acres.
   f.  Wisconsin – 9,301 acres.
   g.  North Dakota – 59,016 acres.
   h.  South Dakota – 119,118 acres.
   i.  Colorado – 471,699 acres.
   j.  Utah – 1,200,000 acres.

9.   RMEF has invested or leveraged significant funding from federal, state or private partners for land protection, wildlife habitat enhancement, wildlife management or research in the 10 states where gray wolves are likely to appear and which are impacted by the rule that is subject to this litigation. In total, RMEF's investment in those states is approximately $617 million towards the protection and enhancement of wildlife populations, including gray wolves.  If gray wolves, which are numerically recovered in many of the areas where RMEF works in habitat protection and enhancement, are relisted as endangered under the Endangered Species Act, RMEF may lose the benefit of those investments.  In particular, RMEF has contributed or

3

leveraged financial support for land protection, wildlife habitat enhancement, wildlife management or research in the following states where the U.S. Fish and Wildlife Service recently delisted gray wolves:

    a. Oregon – $69.6 million.
    b. Washington – $128.1 million.
    c. California – $70.6 million.
    d. Minnesota – $2.3 million.
    e. Michigan – $6.6 million.
    f. Wisconsin – $9.1 million.
    g. North Dakota – $10.2 million.
    h. South Dakota – $36.0 million.
    i. Colorado – $176.2 million.
    j. Utah – $109.0 million.

10. RMEF has actively voiced its support of delisting gray wolves once they met the delisting criteria established by the U.S. Fish and Wildlife Service. RMEF has advocated for state management of gray wolves, which is in line with RMEF's support of the North American Model of Wildlife Conservation, under which state management of wildlife has dramatically increased wildlife populations across the United States in the last 100 years. Gray wolves have exceeded recovery goals in many states, including Oregon, Washington and the Western Great Lakes region. RMEF maintains that where gray wolves exist and have met recovery goals, they should be managed by state wildlife agencies, just as those agencies manage elk, bears, deer, mountain lions, and other wildlife.

11. RMEF has submitted comments on gray wolf management plans at both the state and federal level. RMEF has also commented on U.S. Fish and Wildlife Service gray wolf delisting proposals, including comments provided to the U.S. Fish and Wildlife Service in a letter dated May 10, 2019 in response to the U.S. Fish and Wildlife's proposed rule "Removing the Gray Wolf (*Canis lupus*) from the List of Endangered and Threatened Wildlife" which is the subject of this litigation.

12. RMEF supports state management of wildlife, which is an essential element of RMEF's strong history of habitat conservation and enhancement efforts in areas that are occupied by gray wolves.

13. RMEF's members live, recreate and hunt elk and other wildlife, and reside
    in all States of the United States, including the portions of Wisconsin,
    Michigan, Minnesota, Oregon, Washington, California, Utah and Colorado
    that are impacted by the recent gray wolf delisting decision, as well as
    states where gray wolves are currently delisted, including Montana, Idaho
    and Wyoming and portions of Washington, Oregon and Utah. Current
    RMEF membership in the states where gray wolves were recently delisted
    by the U. S. Fish and Wildlife Service include:

    a. Oregon – 15,105 members.
    b. Washington – 14,264 members.
    c. California – 12,221 members.
    d. Minnesota – 7,624 members.
    e. Michigan – 6,275 members
    f. Wisconsin – 10,861 members.
    g. North Dakota – 4,107 members.
    h. South Dakota – 4,146 members.
    i. Colorado – 16,004 members.
    j. Utah – 5,463 members.

14. RMEF members hunt and otherwise enjoy elk, deer, bighorn sheep, and
    moose populations across the country, including the local populations that
    are being adversely impacted by the gray wolves in the states where gray
    wolves were recently delisted by the U. S. Fish and Wildlife Service in the
    rule undergoing judicial review in this case. If Plaintiffs are successful in
    this proceeding, RMEF's members' ability to hunt and view these ungulate
    species will be adversely impacted. In addition, some RMEF members
    look forward to the opportunity to hunt and contribute to the conservation
    of gray wolves in the future. If Plaintiffs are successful in this proceeding,
    that opportunity will adversely impact RMEF members who may want to
    hunt gray wolves, if allowed to do so by the state wildlife management
    agencies.

15. RMEF members hunt gray wolves and other predators in states where they
    are currently delisted, including Montana, Idaho and Wyoming, and in the
    states where wolves were recently delisted by the U. S. Fish and Wildlife
    Service in the rule undergoing judicial review in this case. RMEF
    members would like the opportunity to hunt gray wolves in other states
    where wolf populations have been recovered, or will be recovered in the
    future, but are still listed.

5

16.  RMEF believes that the gray wolf delisting will provide state wildlife
     management agencies the opportunity to better plan and manage wildlife,
     including gray wolves. The gray wolf delisting is important to RMEF's
     members and RMEF's investment in permanent land protection, habitat
     stewardship, scientific research and our hunting heritage.

17.  I provide this declaration in support of the Rocky Mountain Elk
     Foundation's motion to intervene in this litigation.

I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.


Executed this 21 day of April, 2021 in Missoula, Montana.

By: _____
       R. Kyle Weaver

6

<u>EXHIBIT B</u>

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND, *et al.*,<br><br>Defendants, | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br><br>**DECLARATION OF BRUCE TAGUE** |

### Declaration of Bruce L. Tague (Vice President of Government Affairs of Sportsmen's Alliance Foundation)

I, Bruce Tague, being duly sworn according to law, upon my oath, depose and say:

1.      I am the Vice President of Government Affairs of the Sportsmen's Alliance Foundation ("SAF"), headquartered in Columbus, Ohio. SAF is a non-profit Internal Revenue Code Section 501(c)(3) organization of hunters, fishermen, trappers and other sportsmen and sportswomen. It works with multiple local sportsmen and conservation organizations who are dedicated to protecting the heritage of America's sportsmen and sportswomen to hunt, fish, and trap.  The purpose of this declaration is to support SAF's interest as an association to intervene on its members' behalf.

2.      I have served as the Vice President of Government Affairs of SAF since 2018, and am responsible for running the government affairs department. From this work, I have become familiar with SAF's mission and operations.

3.      SAF and its sister organization, Sportsmen's Alliance, represent individual members as well as organizational members of Sportsmen's Alliance throughout the United States. Both organizations share the headquarters in Columbus, Ohio. Fellow applicant-intervenors Rocky Mountain Elk Foundation, Michigan Bear Hunters Association, and Wisconsin Bear Hunters Association are members of Sportsmen's Alliance.

4.      SAF achieves its mission through, among other things, public education, issue research, and participation in legal proceedings that affect hunting, trapping, fishing, and wildlife management.  SAF's parallel entity, Sportsmen's Alliance, participates in legislative and political activities related to the same issues.  SAF has a national perspective on wildlife management issues, is experienced in defending litigation filed by animal groups across the nation, and often works with state-specific hunters' associations.

5.      The gray wolf's listing as endangered has negatively impacted members of SAF. The gray wolf population in the Great Lakes Region has been increasing for many years. The increased population not only puts hunters' safety at risk, but also jeopardizes the safety of their

1

hunting dogs. When gray wolves are listed as endangered, hunters may not harm wolves to protect their dogs. SAF has members who wish to defend their hunting dogs, using lethal force if necessary. If the gray wolf is re-listed, our members will be unable to protect their dogs.

6.      SAF supports state management of animal populations. Now that gray wolves are delisted, states can properly manage the growing populations. Wolf populations should be managed in order to maintain balance with other species. Some states manage wolf populations by making a limited number of hunting tags available to the public. Many of SAF's members plan to participate in these hunts if available. If plaintiffs are successful, members will be unable to hunt gray wolves.

7.      Some SAF members also earn income guiding hunts. A hunting guide's income is dependent on the hunting opportunities they are able to offer, whether it is hunting wolves or hunting prey species. If Plaintiffs are successful in re-listing gray wolves, the income of those members will be negatively impacted by the loss of hunting opportunities. Further, if wolves are relisted, SAF guides will lose out on opportunities to hunt with hounds.

8.      SAF members have also lost out on hunting opportunities due to gray wolf predation. The increasing population in the Western Great Lakes has had a negative impact on ungulate species in the area. As a result, there are fewer ungulate species for our members to hunt. If wolves are put back on the endangered and threatened species list, members will continue to lose out on hunting opportunities due to wolf predation.

9.      SAF has been involved in many challenges to delist the gray wolf in the Great Lakes Region. Most recently, SAF participated in a lawsuit brought by the Humane Society of The United States challenging FWS's decision to delist the Western Great Lakes distinct population segment of gray wolves in the District of Columbia. While the court held that FWS could designate a distinct population segment and delist it in the same rule, it ultimately found that FWS has failed to consider the impacts of the delisting on the remainder of the listed species.

10.      In 2010, SAF petitioned FWS to delist the Western Great Lakes wolf and was successful. The delisting was vacated in 2014. In 2019, SAF submitted comments to FWS on the delisting rule at issue in this case.

11.      As indicated by the above discussion, defending SAF members from the threat to their livelihood posed by this lawsuit and preserving America's hunting heritage is SAF's mission.  SAF has been an active participant in past challenges to FWS's attempts to delist gray wolves. SAF respectfully requests to continue to represent its members by participating in this new chapter of litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this __4th__ day of May, 2021 in Columbus, Ohio.

Bruce Tague

2

<u>EXHIBIT C</u>

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND, *et al.*,<br><br>Defendants, | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br>**DECLARATION OF CARL SCHOETTEL** |

**Declaration of Carl Schoettel (President of the Wisconsin Bear Hunters Association)**

I, Carl Schoettel, being duly sworn according to law, upon my oath, depose and say:

1.      I am the president of the Wisconsin Bear Hunters Association ("WBHA"), headquartered in Wisconsin. WBHA is a non-profit organization of hunters and other sportsmen and sportswomen. The purpose of this declaration is to support WBHA's interest as an association to intervene on its member's behalf. WBHA is also a member of fellow Applicant-Intervenor Sportsmen's Alliance.

2.      I have served as the president of WBHA since 2016. I am responsible for overseeing all aspects of the organization. From this work, I have become familiar with WBHA's mission and operations.

3.      The organization has approximately 3,000 members. WBHA members hunt on federal, state, and other lands throughout Wisconsin and the Great Lakes Area. Many of our members use dogs to hunt bear and other game.

4.      The 2020 delisting rule, 85 Fed. Reg. 69778, removed the gray wolf from the endangered species list throughout the lower-48. If Plaintiffs are successful, the gray wolf will be re-listed as endangered in the Western Great Lakes region, including Wisconsin. Relisting the gray wolf would take away our members ability to participate in a state-managed harvest season of the gray wolf.

5.      Members of the organization use hunting dogs to hunt several types of animals, including bear, pheasants and other birds, and raccoons. As with large prey such as wolves, bears, mountain lions, or bobcats, the dogs help find and follow the prey's tracks, which helps the hunter visually identify the prey. Once identified, the dogs instinctually back off and merely bark to alert the owner that they found the prey they were tracking. I, like most hunting dog owners, love my dogs and view them as members of my family. Hunting dog owners have invested time, training, and affection in their animals and have no intention of putting them in harm's way. The dogs are invaluable members of the hunting team. Gray wolves prey on hunting dogs and interfere in our ability to hunt with dogs. If gray wolves are re-listed as endangered, our members will not be able

1

to protect our hunting dogs if a wolf attacks it. You cannot lawfully harm a species that is listed as endangered.

6. If the gray wolf remains delisted, some members of WBHA would participate in wolf hunts. Others support Wisconsin instituting lethal state management, including management methods other than hunting. If plaintiffs are successful and gray wolves are relisted, the state will be unable to manage the wolf populations and there cannot be a wolf hunt. WBHA seeks to protect its member's rights to participate in recreational wolf hunting and supports management of gray wolves at the state level.

7. Some of our members earn a living by serving client hunters as bear guides for a fee, using their guiding and hunting expertise. Client hunters hire guides for their hunting experience and/or the guide's logistical and support capabilities in supplying transportation, equipment, and shelter, and labor. Further, guides are specifically trained in safety procedures. Many of our member bear guides earn income from guiding. The amount of income that guides make is often dependent on the services they are able to offer during the hunt. The broader the hunts available, the more successful guides will be.

8. Gray wolves also prey on the same ungulate species our members hunt. As wolf populations have risen, wolf predation has had a noticeable impact on ungulate species in Wisconsin. Without proper management of gray wolves, WBHA members will continue to have less hunting opportunities due to gray wolf predation.

9. WBHA submitted comments on the Proposed Rule delisting gray wolves in 2019. 84 Fed. Reg. 9648. Prior to the delisting rule, WBHA participated in a lawsuit in 2017 defending the FWS's decision to delist the distinct population of gray wolves located in the Great Lakes region. WBHA also meets with the state Department of Natural Resource to advocate on behalf of our clients. We have met with the DNR multiple times on the topic of gray wolves and possible state management plans.

10. WBHA respectfully requests intervention to protect its members interests from the threats posed by this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this day of _4th_, May, 2021 in _Milwakee_ , Wisconsin.

Carl Schoettel

2

<u>EXHIBIT D</u>

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND, *et al.*,<br><br>Defendants, | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br>**DECLARATION OF KEITH SHAFER** |

**Declaration of Keith Shafer (President of the Michigan Bear Hunters Association)**

I, Keith Shafer, being duly sworn according to law, upon my oath, depose and say:

1.      I am the President of the Michigan Bear Hunters Association ("MBHA"), headquartered in Gaylord, Michigan. MBHA is a non-profit Internal Revenue Code Section 501(c)(3) organization of hunters and other sportsmen and sportswomen. Its mission is to protect and maintain the sport of hunting in the state of Michigan. The purpose of this declaration is to support MBHA's interest as an association to intervene on its members behalf. MBHA is a member of Sportsmen's Alliance.

2.      I currently serve as the President of MBHA and have been a board member for 23 years. I am responsible for overseeing all aspects of the organization. As such, I have become familiar with MBHA's mission and operations.

3.      MBHA has approximately 1,100 members in Michigan and throughout the remainder of the United States. These individuals represent individual hunters and hunting guides. Many MBHA members plan to apply for a tag to hunt wolves in Michigan when they become available.

4.      MBHA achieves its mission through, among other things, public education, issue research, and participation in legal proceedings that affect hunting, trapping, fishing, and wildlife management.  MBHA also advocates on behalf of its members before Michigan's Legislature, Department of Natural Resources and the Natural Resource Commission related to the same issues.

5.      The Gray wolf populations in Michigan, especially the Upper Peninsula, have been recovered since the early 2000s. The population has been growing, mostly unchecked, which has had negative impacts on other species our members hunt.

6.      MBHA members often hunt bear with the assistance of hounds. Hunting dogs are treated like part of a hunter's family. Hunters invest a lot of time and training in their animals and they are an important member of the hunter's team. *See* Decl. of Jordan Farmer at ¶ 5. Gray

1

wolves can prey on hunting dogs which can interfere with our members' ability to hunt with dogs. When gray wolves were on the endangered species list, hunter were unable to intervene in an encounter between wolves and their dogs because it is illegal to harm an animal listed as endangered. Now that wolves are delisted, our hunters can step in to protect their dogs when they are in danger.

7.    If Plaintiffs are successful and the Gray wolf is re-listed as an endangered species, MBHA members will be negatively impacted. The Gray wolf population in the Great Lakes Region has been increasing for many years and have become a nuisance to many MBHA members in the Upper Peninsula of Michigan. The increased population not only puts hunters' safety at risk and jeopardizes the safety of their hunting dogs, but many members have reported losing out on hunting opportunities due to increased wolf predation on prey species. If wolf populations are allowed to continue growing unchecked, they will continue to impede our members' ability to hunt prey species, such as deer.

8.    Some MBHA members also earn income guiding hunts. As a guide, those members' income is dependent on the hunting opportunities they are able to offer their client hunters, whether its hunting wolves or hunting prey species. If Plaintiffs are successful in re-listing Gray wolves, those members will lose income due to the loss of hunting opportunities.

9.    Some MBHA members are also in the hospitality industry in Michigan's Upper Peninsula. These businesses often cater to whitetail deer hunters. As wolf populations have increased, they have seen sharp declines in rooms rented and supplies sold, particularly during Michigan's deer season. The decline in deer has been correlated to the growth of the unmanaged wolf population. If Plaintiffs are successful, the wolf populations will continue to grow and the hospitality businesses will continue to see decline in income.

10.    MBHA is committed to defending its members from the threat to their livelihood posed by this lawsuit and preserving Michigan's hunting heritage. MBHA respectfully requests to continue to represent its members by participating in this new chapter of litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this _4_ day of May 2021 in Central Lake, Michigan.

Keith Shafer, President

2

EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA HAALAND, *et al.*, <br><br> Defendants, | Case No. 4:21-cv-561-JSW <br><br> **Related Cases:** <br> 4:21-cv-349-JSW <br> 4:21-cv-344-JSW <br><br><br> **DECLARATION OF LUCAS WITHROW** |

**Declaration of Lucas Withrow**

I, Lucas Withrow, being duly sworn according to law, upon my oath, depose and say:

1. I am over the age of 18. I am an experienced hunting guide and hunting hound trainer. I am licensed to be a guide in Wisconsin and I am whole heartedly involved in Wisconsin's hound hunting heritage. I am also an estimator and manager at a lumber yard in Southern Wisconsin. I have been a member of Applicant-Intervenor Wisconsin Bear Hunters Association for 18 years.

2. I live in Avon, Wisconsin. I have been hunting since I was young, approximately 35 years. I hunt turkey, deer, raccoon, squirrel, rabbit, coyote, fox, and bear throughout Wisconsin. I frequently travel to Butternut, Wisconsin to hunt. I travel weekly in June, July, and August to train hounds on bear.

3. I also guide licensed hunters in September and October to harvest black bear with the aid of hounds. While guiding black bear hunts is not primary source of income, it is my passion and way of life. Income I earn guiding hunts depends entirely on the services I am able to offer. The broader the hunts are, the more successful my business is. In addition to guiding bear hunts, I have guided hunts for coyote, bobcat, and turkey. I also have three hunters already signed up for wolf hunts this fall if they are able to draw a wolf tag. If Plaintiffs are successful, my guide business could suffer due to the loss of these hunts and risks wolves pose to my hunting dogs.

4. In the past 12 years wolves have become a very predominate species in the landscape, especially in Northern Wisconsin. Wolves have continually eroded opportunities for dog training, ranging from bear hunting and trailing, racoon hunting, coyote hunting, bobcat hunting, and many migratory and upland game bird hunting opportunities. Wolves pose a dangerous and sometimes fatal risk to dogs used for hunting. When wolves are federally protected, there is no legal avenue to defend the life or safety of your dogs while hunting

and training. Many hunting dogs are pursued and killed by gray wolves in Wisconsin. I have personally witnessed the depredation effects wolves have had on my own hounds in 3 separate incidents. The loss of any domestic animal is devasting and the loss of a hunting companion is far more severe than most can imagine. While wolves are delisted, hunters can legally defend the life and safety of their hunting dogs.

5. I plan to hunt gray wolves if they remain delisted and the state holds a hunt. In 2014, when gray wolves were last delisted, I did not draw a tag and was therefore unable to participate in the gray wolf harvest. If gray wolves are put back on the endangered species list, I will be unable to participate in any state harvest in the future.

6. Keeping wolves delisted in Wisconsin ensures wolf population are managed in balance with other species. Not only do gray wolves depredate hunting dogs, they also deplete opportunities of success for hunting guides and are eroding our hunting heritages across the state. Keeping wolves off the endangered and threatened species list, allows States to use their many tools manage them and ensures preservation of hunting heritages, and ultimately ensures wolves remain a well-balanced and a wilderness icon of Wisconsin. Relisting recovered species, like gray wolves in areas like the Great Lakes region, will only erode the protections of the Endangered Species Act.

7. I provide this declaration in support of the Wisconsin Bear Hunters Association's motion to intervene in this litigation. As discussed above, Wisconsin Bear Hunters Association advocates for Wisconsin residents like myself. We urge you to consider the consequences of allowing wolf populations to continue grow without proper management. This litigation directly impacts Wisconsin resident's ability to protect and defend our hunting dogs from wolves.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this __4th__ day of May, 2021 in __Avon__, Wisconsin.

Lucas Withrow

2

<u>EXHIBIT F</u>

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

NATURAL RESOURCES DEFENSE
COUNCIL,

Plaintiffs,

vs.

DEBRA HAALAND, *et al.*,

Defendants,

Case No. 4:21-cv-561-JSW

**Related Cases:**
4:21-cv-349-JSW
4:21-cv-344-JSW

**DECLARATION OF JORDAN FARMER**

## Declaration of Jordan Farmer

I, Jordan Farmer, being duly sworn according to law, upon my oath, depose and say:

1. I am over age 18. I am heavy equipment operator and a member of Applicant-Intervenor Michigan Bear Hunters Association. I have been a member of the association for 8 years.

2. I live in Cooks, Michigan which is located in the state's upper peninsula.

3. I have been hunting since I was young. I hunt bear, bobcat, and deer throughout Michigan's Upper Peninsula. I also travel to Colorado and West Virginia to participate in hunts. I hunt for recreation, though I often hunt for food as well. I often encounter wolves in the field. I hunt because it is the most effective way to manage a population of animals.

4. I plan to hunt gray wolves if they remain delisted and the state holds a hunt. In 2014, when gray wolves were last delisted, I participated in the gray wolf hunt.

5. I often hunt with hunting dogs when hunting bear and bobcat. I consider my dogs part of my family. Gray wolves also pose a threat to hunting dogs. I have lost a hunting dog to a wolf in the past. When gray wolves were on the endangered and threatened species list, I was unable to defend my dog, as harming a gray wolf to protect a dog was considered illegal. Now that gray wolves are no longer listed, I can take actions to defend my dogs from them.

6. The increasing gray wolf population in the Upper Peninsula has had a negative effect on the populations of prey species in the area. During the 10 years I have lived in the area, I have seen the impact that the rising population has had on prey species. Specifically, I have observed a drop in the deer population as a result of depredation by gray wolves. Now that gray wolves are delisted, the state can better manage gray wolf populations which in turn will lead to more stable prey species populations.

7. I provide this declaration in support of the Michigan Bear Hunters Association's motion to intervene in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this ___ day of May, 2021 in Cooks, Michigan.

Jordan Farmer

2

EXHIBIT G

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br><br>DEBRA HAALAND, *et al.*,<br><br>　　　Defendants, and<br><br><br>SPORTSMENS ALLIANCE FOUNDATION, ROCKY MOUNTAIN ELK FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, and MICHIGAN BEAR HUNTERS ASSOCIATION,<br><br>　　　Applicant-Defendant-Intervenors. | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br><br>**DECLARATION OF**<br>**DUANE J. ACKER** |

I, Duane J. Acker, declare as follows:

1.  I am a resident of Middleton, Wisconsin.  I am 76 years old.

2.  I am currently semi-retired.  I was a civil engineer before I retired a d I currently work part-time on safety and logistics for a small company here in Wisconsin.

3.  I grew up on a farm in Wisconsin.  I always enjoyed outdoors and have basically been an outdoors person since day one.  When I was very young in the 1950's I started hunting by hunting ducks.  Then I got involved with deer hunting with some neighbors, and started hunting pheasants as well.

4.  Later, I started hunting in the west for deer and antelope in Wyoming, and then applied for an elk license to hunt the same area.  It was always a challenge and I loved the landscapes and wildlife of the west.  Over the years, I have hunted for elk in Wyoming, New Mexico, Colorado and Montana.  I hunt deer in Wisconsin, and I have tried to draw a tag to hunt elk in Wisconsin, but so far have not been successful.  Elk populations in Wisconsin are still recovering, and they are impacted by predation from wolves and black bears.

5.  I am currently a member of the Madison Chapter of the Rocky Mountain Elk Foundation.  I first got introduced to RMEF when I picked up the Bugle magazine from a newsstand.  I was on the original committee that formed the Madison Chapter of the Rocky Mountain Elk Foundation.  I am still on the committee for that chapter and serve as the treasurer.

6.  I was involved as a volunteer in the reintroduction of elk in Wisconsin in the 1990's, which RMEF helped support, and have helped annually with the spring searches for elk calves.  The first time I saw an elk calf in the wild in Wisconsin promoted me to become an RMEF Life Member.

7.  I have seen some of the lands where I used to hunt in Colorado get developed for housing, and being a part of RMEF's land conservation work is very important to me and to protecting habitat for elk and other wildlife, including wolves.

8. I th nk that wolves have a place in the ecosystem, but that they should be managed in order to maintain balance with other wildlife species. I am very familiar with the impacts that wolves have had on deer in northern Wisconsin. Deer populations are down in areas where I hunt in Wisconsin, which is partly due to the increased wolf population in the state. Since the Wisconsin Department of Natural Resources has not been able to manage wolf populations in Wisconsin, wolves have a large impact of deer populations.

9. I've seen the impact of wolves on elk in Northern Wisconsin firsthand. When I was volunteering with spring calf elk counts with Wisconsin Department of Natural Resources, I saw a cow elk that had just been killed by wolves. The wolves had eaten the elk calf out of the cow and then left the carcass. Later, I saw some trailcams that showed other predators eating the cow elk, but the wolves didn't return. Having wolves delisted allows Wisconsin Department of Natural Resources to manage wolves, just like it manages other wildlife species. If wolves are placed back on the endangered species list, Wisconsin Department of Natural Resources will not be able to manage wolf populations, through hunting or other methods, which will make it difficult to manage elk. Elk have only been back in Wisconsin for a while, and it would be great to see their populations expand. I'm concerned that if Wisconsin Department of Natural Resources cannot manage wolf populations and wolf predation on elk, my opportunities to hunt and enjoy elk would be impacted.

10. From what I understand, there are around 1200 wolves in Wisconsin. I also understand that wolf populations in Minnesota and Michigan are also very healthy and have exceeded the original delisting goals. It seems to me like they have spread into most areas of the Great Lakes states. Recently, I saw a wolf in a farm field, near Madison, a fairly populated area of Wisconsin. If wolves are placed back on the endangered species list because of this case, Wisconsin Department of Natural Resources and other state wildlife agencies will not have the tools available to manage wolf populations. I have also seen impacts that wolves have had on elk populations in Montana. One Montana outfitter that I often hunt with has had to change locations multiple times due to lower elk populations from wolf predation.

11. I drew a wolf tag in the recent hunt in Wisconsin.  Unfortunately, I did not have the opportunity to go out and hunt, because the quota was met so quickly.  I plan to hunt wolves in Wisconsin in the future if they remain delisted.  If wolves in the Great Lakes region are put back on the endangered species list because of this case, I may not have the opportunity to hunt them in the future.

12. I believe that state management of wolves is very important to maintain populations of elk and other species.  I appreciate having wolves on the landscape, but think that they should be managed just like other wildlife species.

13. I provide this declaration in support of the Rocky Mountain Elk Foundation's motion to intervene in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.

Executed this 16 day of April, 2021 in Middleton, Wisconsin.

By: _____

Duane J. Acker

4

<u>EXHIBIT H</u>

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>      Plaintiffs,<br><br>vs.<br><br><br>DEBRA HAALAND, *et al.*,<br><br>      Defendants, and<br><br><br>SPORTSMENS ALLIANCE FOUNDATION, ROCKY MOUNTAIN ELK FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, and MICHIGAN BEAR HUNTERS ASSOCIATION,<br><br>      Applicant-Defendant-Intervenors. | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br><br>**DECLARATION OF DONALD JOSEPH SAMBUCETTI** |

1

I, Donald Joseph Sambucetti, declare as follows:

1.  I am a resident of Woodland California. I am 60 years old.

2.  I am a general engineering contractor. I work primarily in California.

3.  I started hunting when I was 12, mainly hunting upland birds in California. After that, I started hunting deer and eventually moved on to hunting elk, bighorn sheep and pronghorn. I hunt in many western states, and in California when I have the opportunity.

4.  I am currently a member of the Yolo-Solano Chapter of the Rocky Mountain Elk Foundation which I helped found in 2001. I have been a life member of the Rocky Mountain Elk Foundation since the 1990's.

5.  I have been actively involved with RMEF for the entire time I have been a member. I currently serve as the California state chair, served on various committees almost every year and am a Habitat Council member, which means I have donated to RMEF's land conservation efforts. I am also involved with fundraising and banquets.

6.  I enjoy hunting elk, watching elk and listening to them bugle in the fall. Much of my life has been focused on elk conservation and finding opportunities to hunt and enjoy elk. I have hunted elk in Colorado, Idaho and Wyoming, and would like the chance to hunt elk in California, if I were able to draw a tag. California elk populations are not what they are in other states in the west, so drawing an elk tag can be difficult.

7.  I believe that state management of wolves is important to managing elk, deer and other wildlife in California and in the other states where I hunt. If wolves are protected federally under the Endangered Species Act, it makes management of elk more difficult. California already has smaller populations of elk, and removing the ability of state wildlife managers to manage wolf populations can have big impacts on elk populations, and my opportunities to hunt elk in my home state.

8.  Since wolves have moved into northern California, I have seen and heard of the impacts of wolves on elk populations. There are three sub-species of elk in California, Rocky Mountain Elk, Roosevelt Elk and Tule Elk. Wolves are primarily in areas of northern California where there are Rocky

2

Mountain Elk and Roosevelt Elk. From what I understand, wolf predation on elk has negatively impacted elk populations in those areas, which means fewer opportunities to see and enjoy elk, as well as few tags for hunters like me.

9.  I am concerned that wolves may eventually get into areas of California where there are Tule Elk, which are recovering from the brink of extinction, and are still at low numbers. There are only about 5500 Tule Elk in California, which is the only population of Tule Elk in the world. Tule elk aren't hunted, but from what I understand, one of the wolf packs in California is moving south towards an area that holds Tule Elk. I'm concerned that if wolves are relisted on the Endangered Species List because of this lawsuit, California wildlife managers may not have the flexibility to address wolf predation on impacts to Tule Elk populations, as well as the populations of elk in the northern part of the state.

10. I have also seen the impacts of wolves on elk and other game species where I hunt in other states such as Idaho and Wyoming.

11. I believe that state management of wolves is very important to maintain healthy populations of elk and other species.

12. If wolves are placed back on the Endangered Species List, California and the other states where I hunt will be unable to effectively manage wolf populations as well as the prey species that wolves rely on. I am concerned that elk and other wildlife populations may be impacted without some form of wolf management, and my opportunities to hunt and enjoy elk will become more and more limited if wolves remain under Federal management.

13. I provide this declaration in support of the Rocky Mountain Elk Foundation's motion to intervene in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.

Executed this 17 day of April, 2021 in Woodland, California.

By: _____
Donald Joseph Sambucetti

3

EXHIBIT I

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br>      Plaintiffs<br><br>vs.<br><br>DEBRA HAALAND, *et al.*,<br><br>      Defendants, and<br><br><br>SPORTSMENS ALLIANCE FOUNDATION, ROCKY MOUNTAIN ELK FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, and MICHIGAN BEAR HUNTERS ASSOCIATION,<br><br>      Applicant-Defendant-Intervenors. | Case No. 4:21-cv-561-JSW<br><br>**Related Cases:**<br>4:21-cv-349-JSW<br>4:21-cv-344-JSW<br><br><br>**DECLARATION OF FREDERICK L. LESKE JR.** |

I, Frederick L. Lekse Jr., declare as follows:

1.  I own a ranch in the Salt Creek Valley and reside on this ranch outside of Collbran, Colorado. I am 49 years old.

2.  I am the President of KHI Management, which was founded by NASCAR racer Kevin Harvick, and which is a marketing agency representing professional athletes and entertainers.

3.  I grew up in Indiana and have been fishing and hunting since I was young. My first elk hunt was an archery hunt in the White River National Forest outside of Silt, CO about 25 years ago. I was so impressed by the area and the abundance of game that I immediately started looking for land to purchase and subsequently bought the ranch where I currently reside. I have enjoyed hunting elk, deer and other game on my ranch and the surrounding Grand Mesa National Forest. I have also hunted elk, deer and other species in other western states such as Nevada, Wyoming, New Mexico, Utah and Arizona as well multiple provinces of Canada. I plan on hunting, observing and enjoying elk and other wildlife on my ranch in Colorado and in other western states in the future.

4.  Gray wolves have shown up in Colorado, and Colorado recently adopted a ballot initiative to reintroduce gray wolves into the State of Colorado.

5.  I have been a life member of the Rocky Mountain Elk Foundation since 2008. I have volunteered for the Rocky Mountain Elk Foundation for many years, am a Habitat Council member, served on the Elk Foundation's Board from 2015 to 2020 and served as Board Chairman in 2019 and 2020.

6.  In 2018 I donated a Conservation Easement on my ranch to the Rocky Mountain Elk Foundation which will ensure that wildlife habitat on the ranch is protected for elk as well as mule deer, moose, black bear, northern leopard frogs, western terrestrial garter snakes, Lewis's woodpeckers, northern harriers, the juniper titmouse, Brewer's sparrows and other wildlife.

7.  I believe that state management of wolves is important to managing elk, deer and other wildlife in Colorado and in the other states where I hunt and recreate.

8.   Since gray wolves have expanded their territory in North America, I have observed and heard of the impacts of wolves on elk populations. Wolf predation has impacted elk and other wildlife populations in many areas of North America, in areas both where gray wolves have previously been delisted from the Endangered Species Act, and in areas where wolves have recently been delisted.   These areas include states where I hunt and recreate including Colorado, Nevada, Wyoming, New Mexico, Utah and Arizona.

9.   If wolves are placed back on the Endangered Species List, Colorado and the other states where I hunt may be limited in their ability to effectively manage wolf populations.  Elk populations may decline and my opportunities to hunt and observe elk could become more and more limited if wolves remain under Federal management.

10.   I provide this declaration in support of the Rocky Mountain Elk Foundation's motion to intervene in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.

Executed this 12TH day of March, 2021 in Salt Creek Drainage near Collbran, Colorado.

By: _____
    Frederick L. Lekse Jr.

3