JARED E. KNICLEY (DC No. 1027257)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6242
Fax: (415) 795-4799
E-mail: jknicley@nrdc.org

FRANCIS W. STURGES, JR. (IL No. 6336824)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 847-6807
E-mail: fsturges@nrdc.org

KATHERINE DESORMEAU (SBN 266463)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
E-mail: kdesormeau@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

*[Additional Counsel Listed at End]*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

DEFENDERS OF WILDLIFE, *et al.*,

      Plaintiffs,

      v.

U.S. FISH AND WILDLIFE SERVICE; DEBRA HAALAND, U.S. Secretary of Interior, *et al.*,

      Defendants, and

Case No. 4:21-cv-00344-JSW

NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL

Defendant-Intervenors.

WILDEARTH GUARDIANS, *et al.*,

Plaintiffs,

v.

DEBRA HAALAND, Secretary of the Department of Interior, *et al.*,

Defendants, and

NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL

Defendant-Intervenors.

Case No. 4:21-cv-00349-JSW

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE,

Defendants, and

NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL

Defendant-Intervenors.

Case No. 4:21-cv-00561-JSW

**PLAINTIFFS' RESPONSE TO MOTIONS TO INTERVENE BY SPORTSMEN'S ALLIANCE FOUNDATION ET AL.**

**Hearing Date:** June 25, 2021
**Hearing Time:** 9:00 a.m.

Plaintiffs in the above-captioned related cases have conferred and submit this joint response to the motions to intervene filed in their respective cases by the Sportsmen's Alliance Foundation, Rocky Mountain Elk Foundation, Michigan Bear Hunters Association, and Wisconsin Bear Hunters Association (collectively, the Sportsmen's Alliance). Plaintiffs do not oppose these motions to intervene. But in the interest of efficiency and judicial economy, Plaintiffs requests that the Court impose upon the Sportsmen's Alliance the same conditions on intervention that it has imposed upon Defendant-Intervenors National Rifle Association and Safari Club International:

1.  The Sportsmen's Alliance shall file their summary judgment briefs in each related case no more than seven calendar days after Federal Defendants file their corresponding brief;

2.  The Sportsmen's Alliance shall endeavor in good faith to avoid duplicative briefing of matters already covered in Federal Defendants' briefs; and

3.  The Sportsmen's Alliance may not initiate discovery in any of the above-captioned cases. But, if discovery is initiated by Plaintiffs or Federal Defendants in any such case, the Sportsmen's Alliance may participate in such discovery, subject to any limits agreed upon by the parties or ordered by the Court. This condition shall not be construed as a concession that discovery by any party would be appropriate in these related cases.

*See* Order Granting Mots. to Intervene 7, Case No. 21-cv-00561, ECF No. 31 (May 3, 2021). The Sportsmen's Alliance agrees to these conditions. *See, e.g.*, Mem. Supp. Mot. to Intervene 1 n.2, Case No. 21-cv-00561, ECF No. 32 (May 6, 2021).

If the Court grants the Sportsmen's Alliance's motions, there will be two coalitions of defendant-intervenors in these related cases. A third set of interest groups moved to intervene as defendants on May 17, and more may follow. Plaintiffs reserve the right to request additional conditions on defendant-intervenors to ensure their participation does not interfere "with the fair and prompt resolution of the litigation." *United States v. Blue Lake Power, LLC*, 215 F. Supp. 3d 838, 844 (N.D. Cal. 2016).

DATED this 20th day of May, 2021.

Respectfully submitted,

/s/ Jared E. Knicley

JARED E. KNICLEY (DC No. 1027257)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6242
Fax: (415) 795-4799
E-mail: jknicley@nrdc.org

FRANCIS W. STURGES, JR. (IL No. 6336824)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 847-6807
Fax: (415) 795-4799
E-mail: fsturges@nrdc.org

KATHERINE DESORMEAU (SBN 266463)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

/s/ Kristen L. Boyles

KRISTEN L. BOYLES (CSBA #158450)
MICHAEL MAYER (WSBA #32135)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
kboyles@earthjustice.org
mmayer@earthjustice.org

TIMOTHY J. PRESO (MSBA #5255)
Earthjustice
313 East Main Street
Bozeman, MT  59715
(406) 586-9695
tpreso@earthjustice.org

GREGORY C. LOARIE (CSBA #215859)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2000
gloarie@earthjustice.org

*Attorneys for Plaintiffs Defenders of Wildlife et al.*

JASON FLANDERS
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
(916) 202-3018
jrf@atalawgroup.com

*/s/ John R. Mellgren*
JOHN R. MELLGREN
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
(541) 359-0090
mellgren@westernlaw.org

KELLY E. NOKES
Western Environmental Law Center
P.O. Box 218
Buena Vista, Colorado 81211
(575) 613-8051
nokes@westernlaw.org

*Counsel for Plaintiffs WildEarth Guardians et al.*