JARED E. KNICLEY (DC No. 1027257)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6242
Fax: (415) 795-4799
E-mail: jknicley@nrdc.org

FRANCIS W. STURGES, JR. (IL No. 6336824)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 847-6807
E-mail: fsturges@nrdc.org

KATHERINE DESORMEAU (SBN 266463)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
E-mail: kdesormeau@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

*[Additional Counsel Listed at End]*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE; DEBRA HAALAND, U.S. Secretary of Interior, *et al.*,<br><br>　　　　Defendants, and | Case No. 4:21-cv-00344-JSW |

Plaintiffs' Response to Farm Bureau's Motion to Intervene; Case No. 4:21-cv-00561-JSW

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL<br><br>Defendant-Intervenors. | |
| WILDEARTH GUARDIANS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEBRA HAALAND, Secretary of the Department of Interior, *et al.*,<br><br>Defendants, and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL<br><br>Defendant-Intervenors. | Case No. 4:21-cv-00349-JSW |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants, and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL<br><br>Defendant-Intervenors. | Case No. 4:21-cv-00561-JSW<br><br>**PLAINTIFFS' RESPONSE TO MOTIONS TO INTERVENE BY AMERICAN FARM BUREAU FEDERATION ET AL.**<br><br>**Hearing Date:** July 23, 2021<br>**Hearing Time:** 9:00 a.m. |

Plaintiffs in the above-captioned related cases have conferred and submit this joint response to the motions to intervene filed in their respective cases by the American Farm Bureau Federation, American Forest Resource Council, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council (collectively, the Farm Bureau). Plaintiffs do not oppose these motions to intervene. But in the interest of efficiency and judicial economy, Plaintiffs requests that the Court impose upon the Farm Bureau the same conditions on intervention that it has imposed upon Defendant-Intervenors National Rifle Association and Safari Club International:

1. The Farm Bureau shall file their summary judgment briefs in each related case no more than seven calendar days after Federal Defendants file their corresponding brief;

2. The Farm Bureau shall endeavor in good faith to avoid duplicative briefing of matters already covered in Federal Defendants' briefs; and

3. The Farm Bureau may not initiate discovery in any of the above-captioned cases. But, if discovery is initiated by Plaintiffs or Federal Defendants in any such case, the Sportsmen's Alliance may participate in such discovery, subject to any limits agreed upon by the parties or ordered by the Court. This condition shall not be construed as a concession that discovery by any party would be appropriate in these related cases.

*See* Order Granting Mots. to Intervene 7, Case No. 21-cv-00561, ECF No. 31 (May 3, 2021). The Farm Bureau agrees to these conditions. *See, e.g.*, Mem. Supp. Mot. to Intervene 3, Case No. 21-cv-00561, ECF No. 43 (May 17, 2021).

If the Court grants the Farm Bureau's motions, there will be three coalitions of defendant-intervenors in these related cases. More may follow. Plaintiffs reserve the right to request additional conditions on defendant-intervenors to ensure their participation does not interfere "with the fair and prompt resolution of the litigation." *United States v. Blue Lake Power, LLC*, 215 F. Supp. 3d 838, 844 (N.D. Cal. 2016).

DATED this 1st day of June, 2021.

Respectfully submitted,

/s/ Jared E. Knicley
JARED E. KNICLEY (DC No. 1027257)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6242
Fax: (415) 795-4799
E-mail: jknicley@nrdc.org

FRANCIS W. STURGES, JR. (IL No. 6336824)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 847-6807
Fax: (415) 795-4799
E-mail: fsturges@nrdc.org

KATHERINE DESORMEAU (SBN 266463)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

/s/ Kristen L. Boyles
KRISTEN L. BOYLES (CSBA #158450)
MICHAEL MAYER (WSBA #32135)
*Appearing Pro Hac Vice*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
kboyles@earthjustice.org
mmayer@earthjustice.org

TIMOTHY J. PRESO (MSBA #5255)
*Appearing Pro Hac Vice*
Earthjustice
313 East Main Street
Bozeman, MT  59715
(406) 586-9695
tpreso@earthjustice.org

GREGORY C. LOARIE (CSBA #215859)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2000
gloarie@earthjustice.org

*Attorneys for Plaintiffs Defenders of Wildlife et al.*

JASON FLANDERS
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
(916) 202-3018
jrf@atalawgroup.com

*/s/ John R. Mellgren*
JOHN R. MELLGREN
*Appearing Pro Hac Vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
(541) 359-0090
mellgren@westernlaw.org

KELLY E. NOKES
*Appearing Pro Hac Vice*
Western Environmental Law Center
P.O. Box 218
Buena Vista, Colorado 81211
(575) 613-8051
nokes@westernlaw.org

*Counsel for Plaintiffs WildEarth Guardians et al.*