**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE; DEBRA HAALAND, U.S. Secretary of Interior, *et al.*, <br><br> Defendants, and <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL <br><br> Defendant-Intervenors. | Case No. 4:21-cv-00344-JSW |
| WILDEARTH GUARDIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, Secretary of the Department of Interior, *et al.*, <br><br> Defendants, and <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL <br><br> Defendant-Intervenors. | Case No. 4:21-cv-00349-JSW |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiff, <br><br> v. | Case No. 4:21-cv-00561-JSW |

1

| | |
|---|---|
| UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants, and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; SAFARI CLUB INTERNATIONAL<br><br>Defendant-Intervenors. | **[PROPOSED] ORDER GRANTING AMERICAN FARM BUREAU FEDERATION ET AL.'S MOTIONS TO INTERVENE WITH CONDITIONS** |

The motions to intervene filed in the above-captioned related cases by the American Farm Bureau Federation, American Forest Resource Council, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council (collectively, the Farm Bureau) are hereby **GRANTED**. The Farm Bureau may participate in these related cases, subject to the following conditions:

1. The Farm Bureau shall file their summary judgment briefs in each related case no more than seven calendar days after Federal Defendants file their corresponding brief;

2. The Farm Bureau shall endeavor in good faith to avoid duplicative briefing of matters already covered in Federal Defendants' briefs; and

3. The Farm Bureau may not initiate discovery in any of the above-captioned cases. But, if discovery is initiated by Plaintiffs or Federal Defendants in any such case, the Farm Bureau may participate in such discovery, subject to any limits agreed upon by the parties or ordered by the Court. This condition shall not be construed as a concession that discovery by any party would be appropriate in these related cases.

In light of the possibility of further motions to intervene, nothing in this order precludes Plaintiffs in these related cases from requesting that this Court impose further conditions on the participation of defendant-intervenors as necessary to ensure "the fair and prompt

resolution of the litigation." *United States v. Blue Lake Power, LLC*, 215 F. Supp. 3d 838, 844 (N.D. Cal. 2016).

**IT IS SO ORDERED.**

Date: _____

JEFFREY S. WHITE
United States District Judge