M. Clare Ellis (SBN 317773)
cellis@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3708
Facsimile: (415) 975-3701

Karma B. Brown (D.C. Bar No. 479774)
(appearance *pro hac vice*)
kbbrown@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1893
Facsimile: (202) 778-2201

*Counsel for Movant Intervenor-Defendants
American Farm Bureau Federation,
American Sheep Industry Association,
National Cattlemen's Beef Association, and
Public Lands Council*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants,<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL,<br><br>Intervenor-Defendant-Appellants,<br><br>and<br><br>STATE OF UTAH,<br><br>Intervenor-Defendant-Appellant. | CASE NO.: 4:21-CV-00561-JSW<br><br>RELATED CASE NOS.<br>4:21-CV-00344-JSW (First Filed);<br>4:21-CV-00349-JSW<br><br>**GRAY WOLF AGRICULTURAL COALITION:**<br><br>**(1) NOTICE OF APPEAL; AND**<br><br>**(2) REPRESENTATION STATEMENT** |

# NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Movant Intervenor-Defendants American Farm Bureau Federation, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council (collectively, the "Gray Wolf Agricultural Coalition"),[1] hereby appeal the Court's June 21, 2021 Order (Doc. 64). This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

DATED: August 19, 2021                          **HUNTON ANDREWS KURTH LLP**

                                                By:   /s/ Karma B. Brown
                                                      M. Clare Ellis
                                                      Karma B. Brown (appearance *pro hac vice*)
                                                      *Counsel for Movant Intervenor-Defendants*
                                                      *American Farm Bureau Federation,*
                                                      *American Sheep Industry Association,*
                                                      *National Cattlemen's Beef Association, and*
                                                      *Public Lands Council*

---

[1] American Forest Resource Council, which was a Movant Intervenor-Defendant in the District Court, is not joining this appeal.

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2, Movant Intervenor-Defendants American Farm Bureau Federation, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council (collectively, the "Gray Wolf Agricultural Coalition"), hereby submit this Representation Statement. The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee NATURAL RESOURCES DEFENSE COUNCIL, INC. | Jared Eldridge Knicley (*pro hac vice*)<br>Natural Resources Defense Council, Inc.<br>1152 15th Street, NW, Suite 300<br>Washington, DC 20005<br>(202) 513-6242<br>Email: jknicley@nrdc.org<br><br>Katherine K. Desormeau<br>Natural Resources Defense Council, Inc.<br>111 Sutter Street, 21st floor<br>San Francisco, CA 94104<br>(415) 875-6158<br>Email: kdesormeau@nrdc.org<br><br>Francis William Sturges , Jr. (*pro hac vice*)<br>Natural Resources Defense Council<br>20 N. Wacker Drive<br>Chicago, IL 60606<br>(312) 847-6807<br>Email: fsturges@nrdc.org |
| Defendant-Appellant UNITED STATES DEPARTMENT OF THE INTERIOR | Michael Richard Eitel<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>(303) 844-1479<br>Fax: (303) 844-1350<br>Email: michael.eitel@usdoj.gov |
| Defendant-Appellant UNITED STATES FISH AND WILDLIFE SERVICE | Michael Richard Eitel<br>U.S. Department of Justice |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

| PARTIES | COUNSEL OF RECORD |
|---|---|
| | Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>(303) 844-1479<br>Fax: (303) 844-1350<br>Email: michael.eitel@usdoj.gov |
| Intervenor-Defendant-Appellant NATIONAL RIFLE ASSOCIATION OF AMERICA | Stanford H. Atwood, Jr.<br>Atwood & Associates<br>750 University Avenue, Suite 130<br>Los Gatos, CA 95032<br>(408) 395-5503<br>Fax: (408) 395-5519<br>Email: stanford@atwoodlaw.net<br><br>Hadan W Hatch (*pro hac vice*)<br>National Rifle Association<br>Office of Litigation Counsel<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>(703) 267-1161<br>Fax: (703) 267-3976<br>Email: hhatch@nrahq.org<br><br>Michael T Jean (*pro hac vice*)<br>National Rifle Association<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>(703) 267-1158<br>Email: mjean@nrahq.org |
| Intervenor-Defendant-Appellant SAFARI CLUB INTERNATIONAL | Jeremy Evan Clare (*pro hac vice*)<br>Safari Club International<br>501 Second Street, NE<br>Washington, DC 20002<br>(202) 609-8179<br>Fax: (202) 403-2244<br>Email: jclare@safariclub.org<br><br>Regina Lennox (*pro hac vice*)<br>Safari Club International<br>501 Second Street, NE<br>Washington, DC 20002<br>(202) 309-7862<br>Email: rlennox@safariclub.org |

2
REPRESENTATION STATEMENT
CASE NO.: 4:21-CV-00561-JSW

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Intervenor-Defendant-Appellant STATE OF UTAH | Jason DeForest<br>Utah Attorney General's Office<br>350 North State Street, Suite 5110<br>Salt Lake City, UT 84114<br>(385) 395-9884<br>Email: jdeforest@agutah.gov<br><br>Anthony L Rampton<br>Public Lands Coordinating Office<br>5110 State Office Building<br>Salt Lake City, UT 84114<br>(801) 554-5734<br>Email: arampton@agutah.gov<br><br>Kelsie Lynn Last<br>Utah Attorney General's Office<br>5110 State Office Building<br>Salt Lake City, UT 84114<br>(801) 537-9814<br>Email: klast@agutah.gov |
| Movant Intervenor-Defendant-Appellant AMERICAN FARM BUREAU FEDERATION | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 975-3708<br>Fax: (415) 975-3701<br>Email: cellis@huntonak.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202-955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant AMERICAN SHEEP INDUSTRY ASSOCIATION | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 975-3708<br>Fax: (415) 975-3701<br>Email: cellis@huntonak.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW |

| PARTIES | COUNSEL OF RECORD |
|---|---|
| | Washington, DC 20037<br>(202) 955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant<br>NATIONAL CATTLEMEN'S BEEF ASSOCIATION | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 975-3708<br>Fax: (415) 975-3701<br>Email: cellis@huntonak.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant<br>PUBLIC LANDS COUNCIL | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 975-3708<br>Fax: (415) 975-3701<br>Email: cellis@huntonak.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant<br>SPORTSMENS ALLIANCE FOUNDATION | James Hardwick Lister (*pro hac vice*)<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, NW, Suite 825<br>Washington, DC 20036<br>(202) 659-5800<br>Email: jlister@bhb.com<br><br>Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113-2233<br>(408) 286-5800<br>Fax: (408) 998-5388 |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

| PARTIES | COUNSEL OF RECORD |
|---|---|
|  | Email: jonathan.wolf@berliner.com<br><br>Angela Hoffman Shaw<br>Berliner Cohen, LLP<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: angela.shaw@berliner.com<br><br>George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006<br>(240) 356-1566<br>Fax: (202) 223-1879<br>Email: gpitts@bhb.com |
| Movant Intervenor-Defendant-Appellant<br>ROCKY MOUNTAIN ELK FOUNDATION | James Hardwick Lister (*pro hac vice*)<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, NW, Suite 825<br>Washington, DC 20036<br>(202) 659-5800<br>Email: jlister@bhb.com<br><br>Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113-2233<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: jonathan.wolf@berliner.com<br><br>Angela Hoffman Shaw<br>Berliner Cohen, LLP<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: angela.shaw@berliner.com<br><br>George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006<br>(240) 356-1566<br>Fax: (202) 223-1879 |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

| PARTIES | COUNSEL OF RECORD |
|---|---|
|  | Email: gpitts@bhb.com |
| Movant Intervenor-Defendant-Appellant WISCONSIN BEAR HUNTERS ASSOCIATION | James Hardwick Lister (*pro hac vice*) Birch Horton Bittner and Cherot 1100 Connecticut Avenue, NW, Suite 825 Washington, DC 20036 (202) 659-5800 Email: jlister@bhb.com<br><br>Jonathan David Wolf Berliner Cohen 10 Almaden Boulevard, Suite 1100 San Jose, CA 95113-2233 (408) 286-5800 Fax: (408) 998-5388 Email: jonathan.wolf@berliner.com<br><br>Angela Hoffman Shaw Berliner Cohen, LLP 10 Almaden Boulevard, Suite 1100 San Jose, CA 95113 (408) 286-5800 Fax: (408) 998-5388 Email: angela.shaw@berliner.com<br><br>George Richard Pitts Rubin and Rudman, LLP 800 Connecticut Avenue, NW, Suite 400 Washington, DC 20006 (240) 356-1566 Fax: (202) 223-1879 Email: gpitts@bhb.com |
| Movant Intervenor-Defendant-Appellant MICHIGAN BEAR HUNTERS ASSOCIATION | James Hardwick Lister (*pro hac vice*) Birch Horton Bittner and Cherot 1100 Connecticut Avenue, NW, Suite 825 Washington, DC 20036 (202) 659-5800 Email: jlister@bhb.com<br><br>Jonathan David Wolf Berliner Cohen 10 Almaden Boulevard, Suite 1100 San Jose, CA 95113-2233 (408) 286-5800 Fax: (408) 998-5388 Email: jonathan.wolf@berliner.com |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

| PARTIES | COUNSEL OF RECORD |
|---|---|
|  | Angela Hoffman Shaw<br>Berliner Cohen, LLP<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: angela.shaw@berliner.com<br><br>George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006<br>(240) 356-1566<br>Fax: (202) 223-1879<br>Email: gpitts@bhb.com |

DATED: August 19, 2021

**HUNTON ANDREWS KURTH LLP**

By:   /s/ Karma B. Brown
        M. Clare Ellis
        Karma B. Brown (appearance *pro hac vice*)

*Counsel for Movant Intervenor-Defendants American Farm Bureau Federation, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council*