FILED

JAN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 21-16382 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW<br>Northern District of California, Oakland |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior, | ORDER |
| Defendants-Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants-Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants-Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 21-16383 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | Northern District of California, Oakland |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants-Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants-Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants-Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br>        Plaintiff-Appellee, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; et al., <br><br>        Defendants-Appellees, <br><br> and <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., <br><br>    Intervenor-Defendants-Appellees, <br><br> v. <br><br> AMERICAN FARM BUREAU FEDERATION; et al., <br><br>        Movants-Appellants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL; et al., <br><br>        Movants. | No.   21-16384 <br><br> D.C. No. 4:21-cv-00561-JSW <br> Northern District of California, Oakland |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No.   22-15529 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW<br>Northern District of California,<br>Oakland |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior, | |
| Defendants, | |
| STATE OF UTAH, | |
| Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants-Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No.   22-15532 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW<br>Northern District of California, Oakland |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior, | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
| Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
| Intervenor-Defendant-Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants. | |

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No.   22-15534 |
|        Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW<br>Northern District of California, Oakland |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
|        Defendants, | |
| STATE OF UTAH, | |
|        Intervenor-Defendant, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
|    Intervenor-Defendants-<br>   Appellants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
|        Movants. | |

6

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., | No. 22-15535 |
|        Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
|        Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL, | |
|        Intervenor-Defendants, | |
| and | |
| STATE OF UTAH, | |
|        Intervenor-Defendant-Appellant, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
|        Movants. | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15536 |
|        Plaintiff-Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | |

7

U.S. DEPARTMENT OF THE INTERIOR; et al.,

        Defendants,

STATE OF UTAH,

        Intervenor-Defendant,

and

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB INTERNATIONAL,

        Intervenor-Defendants-Appellants,

  v.

AMERICAN FARM BUREAU FEDERATION; et al.,

        Movants.

---

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

        Plaintiff-Appellee,

  v.

U.S. DEPARTMENT OF THE INTERIOR; et al.,

        Defendants,

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; SAFARI CLUB

No.   22-15537

D.C. No. 4:21-cv-00561-JSW

INTERNATIONAL,

    Intervenor-Defendants,

and

STATE OF UTAH,

    Intervenor-Defendant-Appellant,

v.

AMERICAN FARM BUREAU FEDERATION; et al.,

    Movants.

---

| WILDEARTH GUARDIANS; et al., | No. 22-15626 |
|---|---|
|     Plaintiffs-Appellees, | D.C. No. 4:21-cv-00349-JSW |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
|     Defendants-Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
|     Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |

9

|  |  |
|---|---|
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants. | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. 22-15627 |
| Plaintiff-Appellee, | D.C. No. 4:21-cv-00561-JSW |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; et al., | |
| Defendants-Appellants, | |
| and | |
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | |
| Defendant, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |

10

|  |  |
|---|---|
| Movants. | |
| DEFENDERS OF WILDLIFE; et al., | No.   22-15628 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW<br>Northern District of California,<br>Oakland |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior, | |
| Defendants-Appellants, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., | |
| Intervenor-Defendants, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants. | |

These cases shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes until February 02, 2024. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that these appeals be reopened.

11

A dial-in telephone conference will be held on January 16, 2024, at 9:00 a.m. Pacific Time.

Each participant will receive an email with dial-in information.

On or before May 1, 2023; August 1, 2023; and November 1, 2023, counsel for the United States Fish and Wildlife Service shall provide a status report by email to the Circuit Mediator (Robert_Kaiser@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator

.