FRANCIS W. STURGES, JR. (IL No. 6336824)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 847-6807
Fax: (415) 795-4799
E-mail: fsturges@nrdc.org

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE *et al.*,<br><br>    Defendants. | Case No. 4:21-cv-00561-JSW<br><br>Related Cases:    4:21-cv-00344-JSW<br>                        4:21-cv-00349-JSW |
| WILDEARTH GUARDIANS *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR *et al.*,<br><br>    Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>    Defendants. | |

|   |   |
|---|---|
| 1 | I hereby give notice to the Clerk of Court and all parties of record that I withdraw my |
| 2 | appearance as *pro hac vice* counsel for Plaintiff Natural Resources Defense Council (NRDC) in |
| 3 | *Natural Resources Defense Council v. U.S. Department of the Interior*, Case No. 4:21-cv-00561- |
| 4 | JSW. My employment at NRDC is ending on April 3, 2023. I have notified NRDC, and NRDC will |
| 5 | continue to be represented by Jared Knicley and Katherine Desormeau of NRDC for any future |
| 6 | proceedings before this Court. |
| 7 | DATED this 22nd day of March, 2023. |

Respectfully submitted,

/s/ Francis W. Sturges, Jr.
FRANCIS W. STURGES, JR. (IL No. 6336824)
*Appearing Pro Hac Vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 847-6807
Fax: (415) 795-4799
E-mail: fsturges@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

1
Notice of Motion to Withdraw; Related Case No. 4:21-cv-00561-JSW